UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR13-248-MJP |
| v. | **DETENTION ORDER** |
| DANIEL JAMES WALKER, | |
| Defendant. | |

Offenses charged:

Smuggling Firearms and False Statement in connection with a Firearms Purchase

Date of Detention Hearing:  December 9, 2013.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant appeared after he arrested for allegedly violating his conditions of release by committing a crime and using drugs and alcohol.  Defendant admitted to using alcohol and

DETENTION ORDER - 1

1  stipulated that he should remain in custody.  Following defendant's admission, the government

2  withdrew the allegation regarding the commission of a crime.

3       It is therefore **ORDERED**:

4       (1)     Defendant shall be detained pending trial and committed to the custody of the

5  Attorney General for confinement in a correctional facility separate, to the extent practicable,

6  from persons awaiting or serving sentences, or being held in custody pending appeal;

7       (2)     Defendant shall be afforded reasonable opportunity for private consultation with

8  counsel;

9       (3)     On order of a court of the United States or on request of an attorney for the

10 Government, the person in charge of the correctional facility in which Defendant is confined

11 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

12 connection with a court proceeding; and

13      (4)     The Clerk shall direct copies of this order to counsel for the United States, to

14 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

15 Officer.

16      DATED this 9th day of December, 2013.

17

18                                              _____

19                                              BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

20

21

22

23

DETENTION ORDER - 2